```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000132
Cashier ID: benrobi
Transaction Date: 08/14/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
-----------------------------------
PLRA CIVIL FILING FEE
 For: FELIX THOMPSON JR
 Case/Party: D-ALM-2-07-CV-000212-001
 Amount:         $11.00
-----------------------------------
CHECK
 Check/Money Order Num: 31290
 Amt Tendered:   $11.00
-----------------------------------
Total Due:       $11.00
Total Tendered:  $11.00
Change Amt:      $0.00
```